IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  05-CR-00428-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DONALD WILL,

        Defendant.

_____

ORDER
_____

        During the January 5, 2006 trial preparation conference, the Government moved orally and unopposed for dismissal without prejudice.  For the reasons stated on the record during the hearing, the motion is granted, all counts of the Indictment and Superseding Indictment are dismissed without prejudice, and the defendant and bond are discharged.

Dated: January __5__, 2006 in Denver, Colorado.

                                                      BY THE COURT:

                                                        s/Lewis T. Babcock
                                                      Lewis T. Babcock, Chief Judge